PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: Timothy.Bolin@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| PATRICIA ANN DEAL,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-02697-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from July 12, 2016 to August 11, 2016.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant requests this extension due to her attorney's inordinately heavy caseload through June and July 2016, and her pre-approved leave schedule in July 2016.  Defendant respectfully requests this additional time to respond to Plaintiff's arguments.

1  The parties further stipulate that all subsequent deadlines set forth in the Court's
2  Scheduling Order shall be extended accordingly.
3  The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: June 29, 2016                */s/ Lawrence D. Rohlfing*\*
                                    (* As authorized via email on June 29, 2016)
                                    LAWRENCE D. ROHLFING
                                    LAW OFFICES OF LAWRENCE D. ROHLFING

                                    Attorney for Plaintiff

Dated: June 29, 2016                PHILLIP A. TALBERT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                        By:         */s/ Timothy R. Bolin*
                                    TIMOTHY R. BOLIN
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant

Of Counsel to Defendant:
BEATRICE NA
Assistant Regional Counsel

ORDER

APPROVED AND SO ORDERED:

Dated:  June 30, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE